IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| BIG LOTS, INC., et al., | ) | Bankruptcy Case No. 24-11967-JKS |
| | ) | Bankr. BAP No. 25-09 |
| Debtors. | ) | |
| _____ | ) | |
| HELLO SOFA, LLC, et al., | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-130-GBW |
| | ) | Bankr. BAP No. 25-09 |
| BIG LOTS STORES INC., et al., | ) | |
| | ) | |
| Appellees. | ) | |
| _____ | ) | |

**ORDER**

At Wilmington, Delaware, this **21st day of February 2025**,

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties jointly agree that their disputes here cannot be resolved through mediation and the Court agrees;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation and setting the following appellate briefing

schedule (agreed to by the parties):

| | |
|---|---|
| Appellants' Opening Briefs: | April 15, 2025 |
| Appellees' Responsive Briefs: | May 15, 2025 |
| Appellants' Reply Briefs: | May 29, 2025 |

                                                                                                        /s/ Christopher J. Burke
                                                                                                         Christopher J. Burke
                                                                                                         UNITED STATES MAGISTRATE JUDGE